

# Affidavit Religious Declaration of Acknowledgement

*" Religion is Law and Law is Religion" — Prophet Noble Drew Ali*

---

I **Da'Thirteenahava Bey™** is a walking, talking, independent island mortal man and a living spirit. Not a person, corporation or other type of abomination. The second sentence of said "Declaration of Independence" declares: "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness." [Emphasis added.] The third sentence of said "unanimous Declaration" declares: "That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed." [Emphasis added.] I am a man created by and in the image of our Father HASHEM, the Living HASHEM of Abraham, Isaac and Israel and Father of the Christ Yahoshua. I deny that I am an animal. I deny that I do business or enter into transactions with animals. My capacity is that of a "lawful man" who has full legal capacity and full legal rights; one who has not been deprived of any rights in court by outlawry, excommunication of infamy; one who is able to stand rectus in curia ("right in court"), able to serve as a juror and to swear an oath. [See "legalis homo" on p. 913, Black's Law Dictionary, 8th Ed., A.D. 2004.] I am NOT a 14th Amendment citizen of The United States for America. I am a beneficiary of The Creator HASHEM'S Earth. A private dweller and who is not for public use and foreign to UNITED STATES, INC., dwelling in an independent international location upon Continental Amexem, United States Minor, Outlying Islands and non-domestic to the District of Columbia and expressly reserving all Liberty.

I **Da'Thirteenahava Bey™** is a walking, talking, independent flesh and blood living Sentient Man created in the image of Hashem...Do you rebut this? Then accept My Non Domestic/Non Assumpsit ALL RIGHTS RESERVED UCC 1-308 without Prejudice Confidentiality Notice: This private electronic correspondence, including any/all attachment(s) are limited for the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organizations, Corporation(s), agent(s), investigator(s), or informant(s), et. al., and/or Third Party(ies) working in collusion by collecting and/or monitoring this electronic correspondence, and/or any other means of spying and collecting these communications Without Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution, With Explicit Reservation of All Rights, Without Prejudice and Without Recourse. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights.

8:21 mc 5 T210 cpT

NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

X __Da'Thirteenahava Bey__
Print Name

X __Bey Da'[signature]__
Non Domestic / Non Assumpsit, All Rights Reserved, Without Prejudice

**MONICA WILSON**
Notary Public-State of Florida
Commission # GG 914732
My Commission Expires
September 19, 2023

Date (mm/dd/yyyy): 1/19/2021

Notary Seal

State of __Florida__
County of __Pinellas__
This instrument was acknowledged before me:
On this __Eighteenth__ day of __January__ 20__21__
by __Da'Thirteenahava Bey__

**MONICA WILSON**
Notary Public-State of Florida
Commission # GG 914732
My Commission Expires
September 19, 2023

Notary Signature

State of __Florida__
County of __Hillsborough__
This instrument was acknowledged before me:
On this __18th__ day of __January__ 20__21__
by __Da'Thirteenahava' Bey__

[Notary Seal — MICHELLE ADEMEYE / Commission GG / Expires May 15]

Notary Signature

State of _____
County of _____
This instrument was acknowledged before me:
On this ____ day of ____ 20__
by ____

I am a witness

Witness Signature  1/19/2021

Page 1 | 1

$49.00

  

# NOTICE OF
# Public Proclamations
### November 6, 2020

## For the Record, on the Record:



For the record, and on the record, I, **Da'Thirteenahava Bey™**, am a walking, talking, independent island mortal man and a living spirit. Hashem created me in his image. I am a genuine Moor, and I am not a Resident Alien. I am foreign to the United States Corporation.

For the record, I am not a person, corporation, or any other type of abomination. I am a man created by and in the image of our Father HASHEM, the Living HASHEM of Abraham, Isaac, and Israel, and Father of Yahushua HaMashiach.

For the record, and on the record, I, **Da'Thirteenahava Bey™**, am proclaiming my freedom, my nationality, and my birthrights inheritance 9.13.

On the record, and for the record, I, **Da'Thirteenahava Bey™**, have a right to a nationality, and no one shall deprive me of that right per UN DRIPS Articles 2, 4, 6, 10, 13, 20, 33, 45, and 46.

For the record, I am a beneficiary of The Creator HASHEM'S Earth. I am a private dweller who is not for public use and foreign to UNITED STATES, INC.

For the record, I am who I say I am. I am a child of The Most Highs who has full legal rights to my identity.

For the Record, and on the Record, I, **Da'Thirteenahava Bey™**, take full ownership and mastership of the straw person, "**JHAVAL LEMAR WARD**," its commerce, trusts, estates, and fictitious holdings.

I, formerly known as **JHAVAL LEMAR WARD**, proclaim myself a true Moor. Let the record show my Moor appellation is **Da'Thirteenahava Bey™**.

I, **Da'Thirteenahava Bey™**, am the owner of the fictitious name, **JHAVAL LEMAR WARD**. I proclaim it on the record and for the record.

On the Record, and for the Record, I, **Da'Thirteenahava Bey™**, am the sole beneficiary and administrator of the legal entity, **JHAVAL LEMAR WARD**. I reserve my right to claim all finances that JHAVAL LEMAR WARD has generated, and all that is related to its existence.

For the record, all proclamations are agreements to compensate **Da'Thirteenahava Bey™** in the name of **JHAVAL LEMAR WARD'S** Estate for any unlawful acts.

For the record, and on the record, to rewrite my Indigenous Appellation is called Identity Theft and Assumption Deterrence Act, a federal crime.

For the record, the Moors' home is the entire earth. You can't put borders on Moors or try to divide us by countries. My birthright is Amexem. Wherever I am domicile, I claim the land as my heritage and estate 9.13.

For the record, I deny that I am an animal, and I deny that I do business or enter into transactions with animals.

My capacity is that of a "lawful man" who has the full legal ability and the full legal rights. I have not been deprived of any rights in court by outlawry or the excommunication of infamy. I can stand rectus in curia ("right in court") and serve as a juror and swear an oath.

For the record, I am NOT a 14th Amendment citizen of The United States of America. I am an Aboriginal/Indigenous National of North Amexem (America).

For the record, on the record, I am Heir to the Moroccan Empire, reclaiming my heritage and inheritance, honoring my ancestors and foremothers.

Let the record show; I am dwelling in an independent international location upon Continental Amexem, United States Minor, Outlying Islands.

For the record, I am non-domestic to the District of Columbia and expressly reserving all Liberty.

Let the record show, this land you stand on is known as North Amexem (America) belongs to the Moroccan Empire and all surrounding islands, our Moor Estate.

  

# NOTICE OF
# Public Proclamations

## For the Record, on the Record:

For the record, on the record, let the record show, any misuse/translation of my speech is an act of discrimination according to D.R.I.P.S, Articles 12-15 and 17.

For the record, on the record, let the record show, I have the right of self-identity according to DRIPS, Articles 2, 6 – 10, 20, 33, 45, and 46.

For the record, I hereby void all contracts, vows, pledges, and agreements. I hereby void any entrapment and promises, consciously or subconsciously, made by me detrimental to me 9.13.

For the record, I, **Da'Thirteenahava Bey™**, am a Moor American National (MAN) and not a U.S. citizen. Moors cannot be corporate chattel property by law 9.13.

For the record, and on the record, any unlawful act against a Moor National is a Federal Crime and will get a fine of $750,000 or more.

For the record, and on the record, I am a genuine Moor, a sentient being and not an artificial person or entity. I AM NOT Black, Negro, African American, White, or Latino. I am an authentic Moor of the Immortal G-Ds, El Elyon, Elohim, and Hashem.

Let the record show, I, **Da'Thirteenahava Bey™**, am not a United States Citizen or an American Citizen. I cannot be a United States Citizen by law. I am a Moor by law. Facts 101!

For the record, I am free from ALL bondage placed upon me by oppressive forces in the name of The Most Highs in these years of Jubilee (Yubilee).

For the Record, and on the record, I do not wear my turban and crown for a fashion statement. I only wear my turban and crown to show my dedication and loyalty to The Most Highs Elohim 9.13.

For the record, I am NOT a Muslim, Christian, Jew, or any other type of label. I walk the straight, small path called the right way. I follow only Yahushua HaMashiach 9.13.

For the record, I am NOT human and do not consent to human rights. I only accept G-D given rights by nature and not humans.

For the record, and let the record show, Plan Parenthood is a Nazi, racist, elitist establishment. They cannot create children, so they sterilize others.

For the record, and on the record, I do not condone the actions of this Lawlessness society. I follow The Most Highs laws, and I do not agree with the U.S.A. BS.

For the record, and for those who do not know: Yahushua HaMashiach is our Rabbi, and all others should be like him as Apostles/Disciples/Talmidim/Yahudim/Essene.

For the record, I am a member of TLC, 13Love Community™. TLC is a Private Member Association of The Most Highs Righteous Children of All Nations. I am NOT a Public Stock Property.

For the record, and on the record, TLC 13 Love Community™ Private Business Associate Members are immune from the world. We are Religious Affiliates of Elokheim via All Laws of the world. We only have and serve one Master, and he is King of Kings, Yah of the Ruach HaKodesh 9.13.

For the record, and on the record, the Library of Congress has histories of All Nations on Earth. TLC 13Love Community™ Private does NOT Affiliate with any religious organization. We respect others who follow their religious laws, but 94% DO NOT! TLC is Holy People of ELOHIM!

For the record, as a member of TLC 13LOVE COMMUNITY™ PRIVATE, I am a genuine Yahudium Moor. I am a part of a chosen generation, a royal priesthood, a holy nation, and of a peculiar people 9.13. ~1 Peter 2:9.

For the record, and let the record show, TLC, 13 Love Community Private members are genuine Moors according to the United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP).

For the record, and on record; TLC, 13 Love Community™ PRIVATE is NOT affiliated with any hate groups. We are for Law, Order, Righteousness, and Love.

For the record, if you hate on @da13thsun, Ninesun Amaru Bey, or any other true messengers, you also hate on me. The Most Highs condemn people with hate in their hearts, and they will face judgment.

For the record, I, **Da'Thirteenahava Bey™**, walk side-by-side with Rabbi Ninesun Amaru Bey, aka @da13thsun.

For the record, our Rabbi, Apostle Ninesun Amaru Bey, of TLC 13Love Community Private™, aka Da13thSun™, has set Righteous examples for TLC members. Because of him, we are setting moral standards for our communities and children. These examples will keep them following Yahushua HaMashiach.

  

# NOTICE OF
# Public Proclamations

## For the Record, on the Record:

For the record, I, **Da'Thirteenahava Bey™**, DO NOT DRIVE for any corporation. I only privately TRAVEL on The Most Highs way by law. Indigenous people have the right to travel unmolested by law 9.13.

For the record, any retweets or favorites on Twitter according to Proclamations are SIGNATURES OF TWO OR THREE WITNESSES is Law of Religion 9.13.

For the Record, my Blood, DNA, Finger Prints, and Body Fluids are Sacred. Thievery and use without my consent are unmerciful and will get a fine of $400,000,000 9.13.

For the Record, I, **Da'Thirteenahava Bey™**, am NOT affiliated with any Religious faction. I AM a child of The Most Highs. My turban and crown show my devotion to the Creator.

For the record, I, **Da'Thirteenahava Bey™**, AM NOT affiliated or associated with any hate groups. I follow the Laws of Ma'at, Nature, and The Most Highs laws.

I, **Da'Thirteenahava Bey™**; am a sentient being. I am a child of The Most Highs, a child of the Sun, and a child of The Immortal Ones. I am 913.

Let the record show, I, **Da'Thirteenahava Bey™**, am not a United States Citizen or an American Citizen. I cannot be a United States Citizen by law. I am a Moor by law. Facts 101!

For the record, all the following acts are against my religion and the United Nations D.R.I.P.S., Articles 7, 8, and 10:

» FEMA camps
» Vaccinations
» RFID chips
» Needles
» Microchips
» Confinement in cells or boxes

The Most Highs, Elohim wants us FREE and not trapped by ungodly means.

For the Record, I am who I say I am. I am **Da'Thirteenahava Bey™**. I Am Healthy, Wealthy, and Strong. I am Truthful, Balanced, and I am a Moor. I am Thankful, Faithful, and Lawful. I am a Free, Sentient being, and I Am 9.13! 13Ahava!

I, **Da'Thirteenahava Bey™** - Reserve All Rights to any Social Media Account I Use that Offer Terms and Conditions UCC 1-308; UCC 1-103, UCC 1-207.

For the record: I Am not against Th US Government. I Am for Th Real Republic Government under G-D. I don't follow corrupted politics or statutes. I only follow My ELOYHIM {G-DS} laws & act as supermodel for All Nations of Earth.

For the record, I am a Moor and my nationality is Moor-American. I am indigenous to the Americas, aka, Maur, Moro, Muur, MR, American. They misnomered my bloodlines as Black, Negro, Colored, African American and Indian. My status is WHITE, meaning I am CLEAN and PURE 9.13.

For the record, I Am a beneficiary of The Creator HASHEM'S Earth. I am a private dweller who is not for public use and foreign to UNITED STATES, INC.

For the record, I will like to apologize to anyone & everyone I've done wrong even if I didn't do anything wrong. I apologize anyways... I'm not perfect but I am Anu being everyday. I will like to clear my conscience. I will like to gain a lighter heart. I will like to be forgiven.

For the record, TLC, 13Love Community™ Private Cousins under the Cosmos Worldwide, were born with ROYAL blood within them. Anyone trying to deny our Royal Status will face Lawsuits! 9.13

For the record, I am **Da'Thirteenahava Bey™** a Tru Yahudim Moor Royal immortal bloodline, child of HASHEM 9.13.

For the record, I am a True Moor, I will never leave my home without my turban and crown. My Royal Headdress is a clear indication that I am Set Apart. I pledge my allegiance to TMHs Elohim only and honor ELLAH, ELOAH (ALL LAW), I do not hold hands with Lawless 9.13.

For the record, if you hate on @da13thsun, Ninesun Amaru Bey, or any other true messengers, you also hate on me. The Most Highs condemn people with hate in their hearts, and they will face judgment.

For the record, I, honor all divine laws and uphold the common law of the land. I am NOT subject to any foreign democratic government jurisdiction.

For the record, **Da'Thirteenahava Bey™** follows TMHs Laws which is LAWFUL aka common law. Legal is statutes & acts 9.13.

  

# NOTICE OF
# Public Proclamations

## Witnesses:

 **Da'Thirteenahava Bey™**
@13ahava

For The Record,
I will like to apologize to anyone & everyone I've done wrong even if I didn't do anything wrong.
I apologize anyway...
I'm not perfect but I am Anu being everyday
I will like to clear my conscious
I will like to gain a lighter heart
I will like to be forgiven.

9:13 PM · Dec 5, 2019 · Twitter for Android

30 Retweets   28 Likes

---

✕  **Retweeted by**

 **da13thsun™**
@da13thsun  Follows you                    *Following*
I AM(white)sovereign, I AM American original copper color people. I Learn (religion)cosmology. I AM brainwash(clean). Free-dome. I Am outside the box looking in

 **La Royale Armour ™**
@LRA913  Follows you                       *Following*
I- Yawg Tooj Kub: Bey, in Propria Persona Sui Juris, am a Yehudim Moor by Jus Sanguinis. I am the CEO/Creator and Owner of La Royale Armour ™.

 **Yoceph Dama Bey™**✡📷❤🏴🌍🇲🇦🇲🇦⚜🔍
@Obey13Omm  Follows you                    *Following*
TMHs Child🐝 Building 4 better days Always 😂 Raw by Law & Still in Awe 💫 Mindfull awareness Moor than what meets the •• business inquiries @13OnThGrind

 🇲🇦**Yosep Anu Bey™ 13**🇲🇦
@yosepanubey13  Follows you                *Following*
I AM a child of Th Most Highs I AM a Tru Moor I AM a Sentient being I AM a child of the Sun I AM a member of TLC 13love community™ I AM 9.13.

 **Adonai Amaru Bey™**
@AdonaiBey  Follows you                    *Following*

---

 **Da'Thirteenahava Bey™**
@13ahava

For the record, and on the record, I am NOT A:

>Teacher
>Guru
>Leader
>Lawyer
>Doctor
>Driver
>Subject of Rome

But, I AM SUNBODY. I AM Amma Mama's Sun, and I have spiritual credentials of the universal creators, Elohim 9.13!

6:52 PM · May 13, 2020 · Twitter for Android

37 Retweets   30 Likes

---

✕  **Retweeted by**

 **da13thsun™**
@da13thsun  Follows you                    *Following*
I AM(white)sovereign, I AM American original copper color people. I Learn (religion)cosmology. I AM brainwash(clean). Free-dome. I Am outside the box looking in

 **Da'Rae Bey™**💚
@cosmic_rae13  Follows you                 *Following*
Big AmmaMama Daughter | Child of TMHs Elohiym | Autochthonous American | 9 Ether Beeing | TLC 13 Love Community Private™ Co-creator: Mount Meru Minerals

 **Yung Energy Bey**
@EnergyYung  Follows you                   *Following*
I Yung Energy Bey is walking, talkin, independent island mortal man and a living spirit. Not a person, Corporation or other type of abomination.

 **Yosef El Bey**
@YosefElbey  Follows you                   *Following*
13Love 13Truth 13Peace 13Freedom 13Justice I Am Light. I Am Moor.

 **YaMu Lionel Bey 13™**
@melanatedKat13  Follows you               *Following*
True Moor Proud Child of YAHUWAH ELOHIYM YAHSHARELITE MOOR 13love TLC Community™

---

  

# NOTICE OF
# Public Proclamations

## Jurat / Acknowledgement

X __Da'Thirteenahava Bey__
Print Name

X __[signature] Bey Dawkins__           __1/19/2021__
Non Domestic / Non Assumpsit, All Rights Reserved, Without Prejudice     Date (mm/dd/yyyy)

---

State of __Florida__
County of __Pinellas__

This instrument was acknowledged before me:
On this __18th__ day of __January__ 20__21__

by __Da'Thirteenahava Bey__

Notary Seal:
MONICA WILSON
Notary Public-State of Florida
Commission # GG 914732
My Commission Expires
September 19, 2023

[Notary Signature]

---

State of __Florida__
County of __Hillsborough__

This instrument was acknowledged before me:
On this __18th__ day of __January__ 20__21__

by __Da'Thirteenahava Bey__

Notary Seal:
MICHELLE AKINGBEVE
MY COMMISSION # GG 304008
EXPIRES: May 16, 2023
Bonded Thru Notary Public Underwriters

[Notary Signature] Michelle Akinsey

---

State of ~~_____~~
County of ~~_____~~

~~This instrument was acknowledged before me:~~
~~On this ___ day of ___ 20__~~

~~by~~ _____

I am a witness

[Signature]  1/19/2021
Witness   ~~Notary~~ Signature