UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DA'THIRTEENAHAVA BEY,

    Plaintiff,

v.                                      Case No. 8:21-cv-243-T-KKM-CPT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

In an order dated February 1, 2021, the Court directed the plaintiff to file a complaint that complies with the Federal Rules of Civil Procedure and warned that failure to comply would result in dismissal. (Doc. 2). The plaintiff never did so, likely in part because he provided no mailing address when he incorrectly filing this action as a "miscellaneous" case. (*See id.*). A review of the current pleading titled "Affidavit Religious Declaration of Acknowledgment" demonstrates that the plaintiff brings this action purportedly as a "sovereign citizen."

Claims of relief based on "sovereign citizen" theories are patently frivolous. *See Townsend v. Georgia*, CV418-303, 2019 WL 1009421, at *2 (S.D. Ga. Feb. 11, 2019) (Ray, Mag. J.) (collecting cases), *adopted in* 2019 WL 1005199; *United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) (noting courts summarily reject theories from "sovereign citizens" as frivolous); *United States v. Benabe*, 654 F.3d 753, 766 (7th Cir. 2011) (stating that "[sovereign citizens'] theories should be rejected summarily, however they are

presented"); *Stafford v. United States*, 208 F.3d 1177, 1178 (10th Cir. 2000) (noting federal courts regularly reject tax protests by "sovereign citizens" as frivolous); *Cooper v. Williams*, No. 16-3963, 2016 WL 4943363, at *1, n.1 (E.D. Pa. Sept. 16, 2016) (characterizing "the plaintiff's notions of his sovereign citizenship" as frivolous); *see also West v. Bornudna*, 698 F. App'x 224 (5th Cir. 2017) (dismissing appeal by "sovereign citizen" because it was frivolous); *Schlager v. Beard*, 398 F. App'x 699 (3d Cir. 2010) (same).

Because the plaintiff failed to file a pleading that complies with the Federal Rules of Civil Procedure and because his pleading contains unintelligible theories and claims, this action is **DISMISSED**. The Clerk is directed to close the case.

**ORDERED** in Tampa, Florida, on March 31, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge

2